**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UniRush, LLC d/b/a
UniRush Financial Services,

        Plaintiff,

                                       Case No.: 1:12-cv-150

    v.

                                       Judge Michael R. Barrett

Dragon Jar,

        Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Alternative Service (Doc. 5).  This Motion requests permission to serve Defendant Dragon Jar via email pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure.

For good cause shown, and more particularly for the reasons cited in Plaintiff's Memorandum in Support, (Doc. 5, 3–6); *see also Chanel, Inc. v. Zhibing*, No. 2:09cv2835, 2010 WL 1009981, at *2–5 (W.D. Tenn. Mar. 17, 2010) (granting motion to authorize alternate service of process via email in factually comparable circumstance), Plaintiff's motion is GRANTED.  Plaintiff may serve the Summons and Complaint upon Defendant Dragon Jar via email.

    **IT IS SO ORDERED**.

                                      *s/Michael R. Barrett*
                                      United States District Judge